UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 SEP 26 AM 9:03

RONALD DOOLEY,              )
                            )
    Plaintiff,              )
                            )
v.                          )   Civil Action No.
                            )   CV-01-B-454-S
REPUBLIC SERVICES, INC.; and)
AUTONATION, INC.,           )
                            )
    Defendants.             )

### DEFENDANTS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

Defendants Republic Services, Inc. and AutoNation, Inc. "Defendants") move pursuant to Rule 37 of the Federal Rules of Civil Procedure and respectfully request that the Court enter an Order compelling Plaintiff Ronald Dooley ("Plaintiff") to comply with discovery requests served upon him on May 8, 2001.

As grounds for this motion, Defendants aver that on May 8, 2001, Defendants served interrogatories and document requests upon Plaintiff as shown by Exhibits "A" and "B". To date, Plaintiff has yet to completely respond to these requests, despite Defendant's good faith efforts to secure such responses without Court action. (See Defendants' Good Faith Certification In Support Of Motion To Compel Responses To Their Discovery Requests, attached as Exhibit "C".) Plaintiff has failed to provide complete, non-evasive responses to several of Defendants' discovery requests, in

19

violation of Rules 33(b) and 34(b) of the Federal Rules of Civil Procedure.

WHEREFORE, for reasons more fully set forth in their Memorandum in Support of their Motion to Compel (attached as Exhibit "D"), Defendants respectfully ask that the Court enter an order requiring Plaintiff to submit complete, non-evasive responses to the interrogatories and document requests served upon him on May 8, 2001 (attached as Exhibits "A" and "B") by hand delivery upon counsel for the Defendants, on or before October 1, 2001,[1] or by such other time as the Court may deem appropriate. Defendants further ask that the Court enter an Order pursuant to Rule 37(a)(4), awarding Defendants the expenses, including attorneys' fees, they have incurred in obtaining such relief.

Submitted this 25th day of September, 2001.

Respectfully Submitted,

_____
John B. Gamble, Jr. (GAM 001)
(Member, Alabama State Bar and the
Bar of the United States District
Court for the Northern District of
Alabama)

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 231-1400

Attorney for the Defendants.

---

[1] Discovery is set to close on October 15, 2001.

-2-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD DOOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | CV-01-B-454-S |
| REPUBLIC SERVICES, INC.; and ) | |
| AUTONATION, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **DEFENDANTS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS with attached exhibits A-D** upon counsel of record for the Plaintff by overnight mail for delivery by hand on September 26, 2001, addressed as follows:

> C. Michael Quinn, Esq.
> Kyle T. Smith, Esq.
> Gordon, Silberman, Wiggins & Childs, P.C.
> 420 North 20th Street
> 1400 SouthTrust Tower
> Birmingham, Alabama  35203

This 25th day of September 2001.

_____
Of Counsel

# EXHIBITS TOO LARGE FOR SCANNING-SEE ORIGINAL FILE