UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD DOOLEY,           )
                         )
       Plaintiff,        )
                         )
v.                       )        Civil Action No.
                         )        CV-01-B-454-S
REPUBLIC SERVICES, INC.; and )
AUTONATION, INC.,        )
                         )
       Defendants.       )

## DEFENDANTS' SECOND MOTION TO COMPEL
## RESPONSES TO DISCOVERY REQUESTS

Defendants Republic Services, Inc. and AutoNation, Inc.
"Defendants") move pursuant to Rule 37 of the Federal Rules of
Civil Procedure and respectfully request that the Court enter an
Order compelling Plaintiff Ronald Dooley ("Plaintiff") to comply
with discovery requests served upon him on September 12, 2001.

As grounds for this motion, Defendants aver that on September
12, 2001, Defendants served supplemental document requests upon
Plaintiff as shown by Exhibits "A". To date, Plaintiff has yet to
respond to these requests, despite Defendant's good faith efforts
to secure such responses without Court action. (See Defendants'
Good Faith Certification In Support Of Motion To Compel Responses
To Their Discovery Requests, attached as Exhibit "B".) Plaintiff
has failed to provide any response to Defendants' discovery
requests, in violation of Rule 34(b) of the Federal Rules of Civil
Procedure.



WHEREFORE, for reasons more fully set forth in their Memorandum in Support of their Motion to Compel (attached as Exhibit "C"), Defendants respectfully ask that the Court enter an order requiring Plaintiff to promptly submit responses to the document requests previously served upon him on September 12, 2001 (attached as Exhibits "A") on or before November 2, 2001 or within such other time as the Court may deem appropriate. Defendants further ask that the Court enter an Order pursuant to Rule 37(a)(4), awarding Defendants the expenses, including attorneys' fees, they have incurred in obtaining such relief.

Submitted this 25th day of October, 2001.

Respectfully Submitted,

_____
John B. Gamble, Jr.  (GAM 001)
(Member, Alabama State Bar and the
Bar of the United States District
Court for the Northern District of
Alabama)

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 231-1400

Attorney for the Defendants.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD DOOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | CV-01-B-454-S |
| REPUBLIC SERVICES, INC.; and | ) | |
| AUTONATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' FIRST SUPPLEMENTAL REQUEST FOR DOCUMENTS TO PLAINTIFF RONALD DOOLEY

Defendants Republic Services, Inc. and AutoNation, Inc. ("Defendants") request that the Plaintiff Ronald Dooley ("Plaintiff") produce for purposes of inspection and copying the documents described below within thirty (30) days after service of these document requests.

For purposes of these requests, the term "documents" is intended to refer to all records, materials and information within the permissible scope of discovery as defined in Rule 34 of the Federal Rules of Civil Procedure, including but not limited to all writings, drawings, graphs, charts, photographs, phono records, or other data compilations from which information can be obtained (translated if necessary through detection devices into reasonably usable form), whether produced or reproduced on paper, tapes, film, electronic facsimile or other media within the possession, custody, or control of Plaintiff or his counsel, and including originals of

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD DOOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | CV-01-B-454-S |
| REPUBLIC SERVICES, INC.; and | ) | |
| AUTONATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' GOOD FAITH CERTIFICATION IN SUPPORT OF SECOND MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

1.    The undersigned counsel has attempted to confer in good faith with counsel for the Plaintiff in an effort to secure answers to its interrogatories and document requests without Court action. (See Attachments "1", and Defendants' Memorandum in Support of its Second Motion to Compel, attached as Exhibit "C" to Defendants' Motion to Compel.)  To date, Plaintiff has not responded to such efforts.

2.    The undersigned, having read the above paragraph, declares and certifies under penalty of perjury that the facts stated in that paragraph are true and correct.

This 25th day of October, 2001.

_____
John B. Gamble, Jr.  (GAM 001)
(Member, Alabama State Bar and the
Bar of the United States District
Court for the Northern District of
Alabama)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD DOOLEY,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )       Civil Action No.
                                  )       CV-01-B-454-S
REPUBLIC SERVICES, INC.; and      )
AUTONATION, INC.,                 )
                                  )
        Defendants.               )

## MEMORANDUM IN SUPPORT OF DEFENDANTS' SECOND MOTION TO COMPEL RESPONSES

Rule 34(b) of the Federal Rules of Civil Procedure provide that if a party fails to timely respond to an opposing party's document requests, the party submitting the request may move for an order to compel discovery under Rule 37(a) of the Federal Rules of Civil Procedure.

Here, Defendants' supplemental document requests were served upon Plaintiff on September 12, 2001. Plaintiff's responses to Defendant's discovery requests were due October 15, 2001, the day that discovery closed in this matter. On October 23, 2001, having received nothing in the way of a response, defense counsel wrote to Plaintiff seeking Plaintiff's responses or asking, at a minimum, that Plaintiff's counsel contact him to discuss when the Plaintiff would be responding. (See Attachment "1" to Exhibit "B".) As of the time of the filing of this motion, however, Defendants have received no response.

Dispositive motions are due no later than November 16, 2001 and Defendants wish to obtain all of Plaintiff's discovery responses well prior to that time so as to be able properly litigate and defend this case.

Accordingly, Defendants respectfully request that the Court enter an Order requiring Plaintiff to provide responses to its supplemental discovery requests no later than November 2, 2001, or within such other time as the Court may deem appropriate in the circumstances of this case. Defendants further seek an award of the expenses, including attorney fees, incurred in obtaining such relief.

Submitted this 25th day of October, 2001.

                              Respectfully submitted,


                              _____
                              John B. Gamble, Jr.  (GAM 001)
                              (Member, Alabama State Bar and the
                              Bar of the United States District
                              Court for the Northern District of
                              Alabama)

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 231-1400

                              Attorney for the Defendants.

- 2 -